1
2
3
4
5               UNITED STATES DISTRICT COURT
6             NORTHERN DISTRICT OF CALIFORNIA
7
8   JAMES L. SNIDER,                        No. C 08-3312 MHP (pr)
9              Petitioner,                  **JUDGMENT**
10       v.
11  BEN CURRY, warden,
12             Respondent.
                                      /
13
14       The petition for writ of habeas corpus is denied on the merits.
15
16       IT IS SO ORDERED AND ADJUDGED.
17
18  DATED: October 28, 2010
19                                     Marilyn Hall Patel
                                       United States District Judge
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California